Test judgment